IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| RALEY, et al. | : | 02-4526 |
| ADLER | : | 02-4781 |
| ANDERSON | : | 02-4799 |
| BRAY, et al. | : | 02-4842 |
| ACOSTA, et al. | : | 02-4867 |
| BLAND, et al. | : | 02-4925 |
| GASPARD, et al. | : | 02-4979 |
| HOLSTROM, et al. | : | 02-5030 |
| HILL, et al. | : | 02-5069 |
| GARCIA, et al. | : | 02-5090 |
| GUTIERREZ | : | 02-5156 |
| VILLA, et al. | : | 02-5178 |
| THORNTON | : | 02-5218 |
| HUDSON-DUNLOP, et al. | : | 02-5254 |
| CERKLEWSKI | : | 02-5330 |
| WADE, et al. | : | 02-5361 |
| MCCANE | : | 02-5400 |
| RISINI | : | 02-5434 |
| RULAND | : | 02-5467 |
| SULLILVAN, et al. | : | 02-5497 |
| HOLLAND, et al. | : | 02-5585 |
| MAGUADOG, et al. | : | 02-5658 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

   **AND NOW,** this    day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

  [ ] - Order staying these proceedings pending disposition of a related action.

[   ]    -    Order staying these proceedings pending determination of arbitration proceedings.

[   ]    -    Interlocutory appeal filed.

[ X ]    -    Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota..

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Robert F. Kelly, Judge**